# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-3349

_____

United States of America,       \*
                                      \*

         Appellee,       \*

                                        \*   Appeal from the United States

      v.                              \*   District Court for the

                                        \*   District of Nebraska.

Kenneth J. Williams,       \*

                                      \*         [UNPUBLISHED]

         Appellant.      \*

_____

Submitted:   May 3, 2004

Filed:   May 6, 2004

_____

Before MELLOY, HANSEN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

After Kenneth Williams pleaded guilty to conspiring to distribute and possess with intent to distribute methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 846, and being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g), the district court[1] sentenced him to concurrent terms of 188 months imprisonment and 5 years supervised release. On the government's subsequent Federal Rule of Criminal Procedure 35(b) motion, the district court reduced Williams's sentence to

_____

[1]The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska.

110 months imprisonment and 5 years supervised release.  On appeal, Williams argues that the district court abused its discretion in not granting a more generous reduction, because he provided significant assistance in investigating or prosecuting others.

We have no jurisdiction to review the extent of the district court's departure in these circumstances.  See United States v. Coppedge, 135 F.3d 598, 599 (8th Cir. 1998) (per curiam) (challenge to extent of district court's departure upon government's Rule 35(b) motion is unreviewable).

We thus dismiss this appeal for lack of jurisdiction.

_____